# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>GIOVANNI HOLDINGS; CHARLEANNE CANNON; and Does 1-10,<br><br>        Defendants. | **Case No**. 2:14-cv-01748-MCE-AC<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

In accordance with the parties' stipulation hereby to extend the deadline to file the dispositional documents by 30 days, and good cause appearing,  the new deadline to file the dispositional documents will be June 16, 2016.

IT IS SO ORDERED.

Dated:  May 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE