UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

GIOVANNI HOLDINGS; CHARLEANNE CANNON; and Does 1-10,

    Defendants.

Case: 2:14-cv-01748-MCE-AC

**ORDER**

In accordance with the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1) and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 19, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE